FILED

05/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0460

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0460

_____

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

      Petitioner and Appellant,

  and

STEVEN THOMAS WILLIAMS,

      Respondent and Appellee.

O R D E R

_____

On April 27, 2021, this Court returned Appellant's opening brief for failure to comply with M. R. App. P. 12 (1)(c), (d), and (h) and ordered Appellant to correct the brief and file it no later than 10 days from the date of the Order. Appellant has not filed a corrected brief in accordance with this Court's Order.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 2, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant Davina Attar-Williams personally and to all counsel of record.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
May 13 2021